Wilkerson Law Group
Larren K. Covert, Esq. Bar No. 7217
690 S. Woodruff Ave.
Idaho Falls, ID 83401
Telephone (208) 522-7550
Email: larren@wilkersonlawgroup.com

Attorney of Plaintiffs

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>BRANDON COOK and CYNDLE COOK,<br><br>     Debtors. | Case No. 24-40482-BPH<br>Chapter 7<br><br>Adversary Proceeding No. 24-08036-BPH<br><br>**AMENDED COMPLAINT OBJECTING TO DISCHARGE OF CERTAIN DEBTS** |
| MICHAEL WILKERSON and CHARLOTTE WILKERSON,<br><br>     Plaintiffs,<br>v.<br><br>BRANDON COOK and CYNDLE COOK,<br><br>     Defendants. | |

COMES NOW Plaintiffs, Michael Wilkerson and Charlotte Wilkerson, listed creditors in the above-captioned matter, by and through attorney of record, Larren K. Covert of Wilkerson Law Group and object to the Chapter 7 Bankruptcy discharge of debts and liabilities of Defendants, Brandon Cook and Cyndle Cook, pursuant to 11 U.S.C. §523(a)(2)(A), upon the following grounds.

### JURISDICTION AND VENUE

1.     This court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334, 11 U.S.C. §523(a)(2)(B) and Fed. R. Bankr. P. 7001(6).

2.     This is a core proceeding under 28 U.S.C. § 157(b)(2)(I).

3.      Venue is proper under 28 U.S.C. § 1409(a).

## PARTIES

4.      Plaintiffs, Michael Wilkerson and Charlotte Wilkerson ("Plaintiffs"), are a

married couple residing in Bonneville County, Idaho, and have been listed as creditors in the

Chapter 7 bankruptcy proceeding on file herein.

5.      Defendants, Brandon Cook and Cyndle Cook ("Defendants"), are a married

couple residing in Bingham County, Idaho, who filed a petition for relief under Chapter 7 of the

Bankruptcy Code on August 20, 2023, which is currently pending before this Court.

6.      Plaintiffs are identified as creditors of the Defendants as that term is defined in 11

U.S.C. §101, and are owed certain debts or obligations as set forth below.

## FACTUAL ALLEGATIONS

7.      On or around August 16, 2022, Plaintiffs and Defendant Brandon Cook, through

his business, Re-Lived Construction, LLC ("Re-Lived"), entered a contract whereby work would

be performed on the Plaintiffs' home. EXHBIT A.

8.      Pursuant to said contract, Plaintiffs pre-paid Re-Lived the contracted price for the

work to be completed, or $11,179.48. EXHIBIT B.

9.      Despite the terms of the contract, Brandon Cook/Re-Lived failed and refused to

perform the work pursuant to the contract.

10.     To the Plaintiffs' knowledge and to the Defendants' admission to Plaintiffs, no

work was done on the project.

11.     Brandon Cook made numerous representations to the Plaintiffs claiming he was

unable to do the work, actually never intended to do the work and would return Plaintiffs'

money.  However, Brandon Cook's representations were false, and he never returned the Plaintiffs' money to them.

12.     Despite the efforts of Plaintiffs to get Re-Lived to complete the work or return their payment, Re-Lived refused to do the work or return Plaintiffs' money, resulting in damages to Plaintiffs in the amount of $11,179.48.

13.     Plaintiff is not the only customer of Re-Lived who's downpayment was kept without work done.  Re-Lived engaged in a pattern of behavior with multiple customers whereby he would take payments from customers, not perform the contracted work, and keep the downpayment money for himself.  As a result, Defendant Brandon Cook has numerous judgments against him for his habitual fraudulent representations, all based upon the same basic fact pattern of the Plaintiffs in this matter. In each instance, Defendant Brandon Cook made representations that he would perform work, he collected monies to perform the work, then failed to perform the work.

14.     News stories regarding Defendant Brandon Cook's fraudulent activities, including his acknowledgment that he was knowingly taking money from one client to attempt to finish another client's project.

15.     Defendant Brandon Cook made additional false representations regarding his intent to repay his damaged clients. Attached hereto as EXHIBIT C is a story published by Idaho News 8 on February 2, 2024, in which Defendant Brandon Cook states that his residence was listed for sale in order to pay his damaged clients back. Shortly after the story ran, the house was removed from the market.

## PROCEDURAL HISTORY

16.     On August 7, 2023, Plaintiffs sent Defendant Brandon Cook dba Re-Lived

Construction a demand letter via USPS Certified Mail. EXHIBIT D.

17.     Despite receiving the letter, neither Re-Lived Construction nor Defendant

Brandon Cook responded.

18.     To date, Defendants have not repaid any funds.

19.     The initial amount of $11,179.48 is due and owing to the Plaintiffs with the

additional amount of $3.68 in statutory interest per day that the amount goes unpaid from August

16, 2022 to the date of payment.

## OBJECTION TO DISCHARGE

20.     Among the types of debts excluded from discharge are debts "for money … to the

extent obtained by false pretenses, a false representation, or actual fraud…" 11 U.S.C.

§523(a)(2)(A).

21.     The debt owed to Plaintiffs was incurred due to Defendant Brandon Cook's false

pretenses.

    a.  Defendant Brandon Cook knowingly and willfully entered into a contract to

        perform work for Plaintiffs.

    b.  Brandon Cook had the false pretense when he entered the contract to not

        perform the work and to keep the money of the Plaintiffs he received.

    c.  Brandon Cook's false pretense was a misrepresentation.

    d.  Brandon Cook intended to defraud the Plaintiffs.

    e.  Once he received payment, Defendant Brandon Cook did actually refuse to

        perform the work as he falsely intended.

      f.  Plaintiffs have been damaged as a result of Defendants' false pretenses in the remaining amount of $11,179.48 plus $3.68 per day from August 16, 2022 forward.

22.    The debt owed to Plaintiffs was incurred due to Defendant Brandon Cook's false representations.

      a.  Defendants Brandon Cook and his company Re-Lived, falsely claimed to Plaintiffs that if they entered a contract with him to remodel their home and promise to pay the entire contract amount, that they would remodel their home.

      b.  Brandon Cook's promise to do the work contracted was false.

      c.  The promise to do the work was material.

      d.  Brandon Cook knew at the time he entered the contract and accepted the contract amount as a payment that his statements were false, or at a minimum, Brandon Cook was unaware of whether or not he was going to perform the work agreed upon in the contract.

      e.  Brandon Cook's promise to complete the contracted work was false.

      f.  Brandon Cook intended for the Plaintiffs to rely upon his statement that he would complete the contracted work, and intended for the Plaintiffs to act upon that reliance by paying the contract price.

      g.  The Plaintiffs relied upon the truth of the false statement by paying the contract price as payment to Brandon Cook.

h.  Plaintiffs' reliance upon Brandon Cook's misrepresentation under the circumstances was reasonable, as Mr. Cook held himself out as a contractor and presented himself as able to perform the work contracted.

i.  Plaintiffs have suffered damages as a result of Brandon Cook's false representation in the remaining amount of $11,179.48 plus $3.68 per day from August 16, 2022 forward.

23.  The debt owed to Plaintiffs was incurred due to Defendant Brandon Cook's actual fraud.

a.  Defendants Brandon Cook and his company Re-Lived, falsely claimed to Plaintiffs that if they entered a contract with him for the remodeling of their home and pay the contract amount, that he/they would remodel Plaintiffs' home.

b.  Brandon Cook's promise to do the work contracted was false.

c.  The promise to do the work was material.

d.  Brandon Cook knew at the time he entered the contract and accepted the contract amount as payment that his statements were false.

e.  Brandon Cook's promise to complete the contracted work was false.

f.  Brandon Cook intended for the Plaintiffs to rely upon his statement that he would complete the contracted work and intended for the Plaintiffs to act upon that reliance by paying the contract price as payment.

g.  The Plaintiffs relied upon the truth of the false statement by paying the contract price as a payment to Brandon Cook.

    h.   Plaintiffs' reliance upon Brandon Cook's misrepresentation under the circumstances was reasonable, as Mr. Cook held himself out as a contractor and presented himself as able to perform the work contracted.

    i.   Plaintiffs have suffered damages as a result of Brandon Cook's false representation in the remaining amount of $11,179.48 plus $3.68 per day from August 16, 2022 forward.

24.    Due to Defendants incurring the debt owed Plaintiffs through false pretense, false representation, and actual fraud, said debt is not dischargeable.

25.    Plaintiffs have suffered damages as a result of Defendants' failure to reimburse their funds which were fraudulently obtained in the current outstanding amount of $11,179.48 plus $3.68 per day from August 16, 2022 forward.

26.    Plaintiffs have been required to seek legal services to protect their interest in this action, and have incurred attorney fees and costs due to Defendants filing in this matter.

27.    Plaintiffs are therefore entitled to recover their reasonable attorney's fees and costs in this matter.

### PRAYER

WHEREFORE, Plaintiffs respectfully request that the Court:

1.    Declare that the debt owed by Defendants to Plaintiffs is not dischargeable;

2.    Award Plaintiffs their attorney's fees and costs relative to the instant matter; and

3.    For other such relief as deemed just and equitable under the circumstances.

DATED November 21, 2024

                                   _____
                                   Larren K. Covert, Esq.
                                   Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 18, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

     U.S. Trustee – Ustp.region18.bs.ecf@usdoj.gove

     Kimberly L. Stevens, Chapter 7 Trustee – trustee@utlegal.net

     Aaron J. Tolson, Esq. – Debtors' Attorney – ajt@aaronjtolsonlaw.com

     Robert J. Maynes – Frontier Credit Union Attorney –
       rmaynes@frontiercreditunion.com

And as otherwise noted on the Notice of Electronic Filing.

_____
Larren K. Covert, Esq.
Attorney for Plaintiffs

**Re-Lived Construction LLC**
1454 N 1180 E
Shelley, ID US
bandbwoodworking@outlook.com

**BILL TO**
Mike & Charlotte Wilkerson
5435 Pahala Dr
Idaho Falls, Idaho

## INVOICE 1260

| DATE 08/11/2022 | TERMS Due on receipt |
|---|---|

**DUE DATE** 08/18/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/12/2022 | **Service** | Home Remodeling & Painting | 0.50 | 0.00 | 0.00T |
| 06/12/2022 | **Material** | Drywall, Lumber, Subfloor, Trim, Shelving, | 0.50 | 1,550.00 | 775.00T |
| 06/12/2022 | **Hours** | Pantry Demo | 2.50 | 115.00 | 287.50 |
| 06/12/2022 | **Hours** | Pantry Rework, Shelving, Framing, Drywall, Tape, Texture, Paint | 12 | 115.00 | 1,380.00 |
| 06/12/2022 | **Material** | Electrical Addition For Pantry | 0.50 | 175.00 | 87.50T |
| 06/12/2022 | **Hours** | Additional Lighting Install | 1.50 | 115.00 | 172.50 |
| | | | | Subtotal: | 2,702.50 |
| 06/12/2022 | **Material** | Drywall, Tape, Texture, Paint, Lumber (Storage Room Finish) | 0.50 | 675.00 | 337.50T |
| 06/12/2022 | **Hours** | Drywall, Tape, Texture, Paint, Framing | 8 | 115.00 | 920.00 |
| 06/12/2022 | **Material** | Electrical Addition for New Mechanical Room, Light | 0.50 | 175.00 | 87.50T |
| 06/12/2022 | **Hours** | Electrical Install & Lighting Install | 1.50 | 115.00 | 172.50 |
| | | | | Subtotal: | 1,517.50 |
| 06/12/2022 | **Material** | Door & Trim (add door under stairs) | 0.50 | 350.00 | 175.00T |
| 06/12/2022 | **Hours** | Door Cutout and Insall, Finish Trim, Paint | 2 | 115.00 | 230.00 |
| | | | | Subtotal: | 405.00 |

EXHIBIT

A

1

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/12/2022 | **Material** | Paint (Basement Painting) Stairway bottom, Hallways, Living Room/Office ( Paint Walls Only) (1100sqft) | 1.50 | 220.00 | 330.00T |
| 06/12/2022 | **Hours** | Paint Prep, Washing Walls, Masking, Fill Nail Holes | 1 | 115.00 | 115.00 |
| 06/12/2022 | **Hours** | Paint Walls, Rolled & Brush Finish | 650 | 1.55 | 1,007.50 |
| 06/12/2022 | **Material** | Tape & Paper | 0.50 | 225.00 | 112.50T |
| | | | | | Subtotal: 1,565.00 |
| 06/12/2022 | **Material** | Exterior Stucco Paint & Sealer | 2 | 245.00 | 490.00T |
| 06/12/2022 | **Hours** | Prep, Wash Stucco, Masking | 850 | 1.00 | 850.00 |
| 06/12/2022 | **Hours** | Paint Stucco, Sprayed & Back Rolled | 850 | 1.65 | 1,402.50 |
| 06/12/2022 | **Material** | Tape & Paper | 0.50 | 325.00 | 162.50T |
| | | | | | Subtotal: 2,905.00 |
| 06/12/2022 | **Material** | 12/2 wiring, J Boxes, Decorative Lighting | 0.50 | 750.00 | 375.00T |
| 06/12/2022 | **Hours** | Wire run, Stucco Cutout, Lighting Install | 4.50 | 115.00 | 517.50 |
| | | | | | Subtotal: 892.50 |
| 06/12/2022 | **Material** | Exterior Wall Accents Above Garage | 0.50 | 450.00 | 225.00T |
| 06/12/2022 | **Hours** | Install Wall Accents | 2 | 115.00 | 230.00 |
| | | | | | Subtotal: 455.00 |
| 08/02/2022 | **Material** | Basement Storage Room Flooring (LVP) | 1.50 | 75.96 | 113.94T |
| 08/02/2022 | **Hours** | Basement Flooring Install Labor | 1.50 | 90.00 | 135.00 |
| | | | | | Subtotal: 248.94 |
| 08/02/2022 | **Material** | Basement Storage Room Shelving | 4.50 | 25.00 | 112.50T |
| 08/02/2022 | **Hours** | Storage Room Shelving Install | 1.50 | 115.00 | 172.50 |
| | | | | | Subtotal: 285.00 |

| | |
|---|---|
| SUBTOTAL | 10,976.44 |
| TAX | 203.04 |
| TOTAL | 11,179.48 |
| TOTAL DUE | **$11,179.48** |

*Paid with Ck #181 of Mountain America*

2

References:

Steve Paul- 602-319-1833
Juan Murdoch  2087450116
Wanda Wells  2083516807
Kregg Mickelson  2085892242

| TOTAL | $22,358.95 |
|-------|-----------|

Accepted By _____          Accepted Date  16 August 2024

Branden C Cook
*Brand C Cook*

With Added information
on prior 2 pages.

Start some = mid September —
└→ mid November —



4

## Summary

**DESCRIPTION**                CHECK # 181

**TRANSACTION TYPE**           Check

**ACCOUNT**                    MYFREE CHECKING ****8373-S0050

**POSTING DATE**               08/18/2022

**TRANSACTION IMAGES**



**TRANSACTION MEMO**           📝 Add memo

EXHIBIT

B



MENU

WEATHER ALI

2 of 3

**Come See Our Website**

Free Demo Library

LEARN
MORE

**Idaho Falls**    FOLLOW    20 Followers

# Local News 8 investigates – Local contractor shares his side

By **Seth Ratliff**    FOLLOW

**February 2, 2024 9:19 AM**    Published **February 1, 2024**  11:55 AM



IDAHO FALLS, Idaho (KIFI) - Local News 8 is getting answers about a local contractor who left jobs unfinished and then shut down his business. You can view our first story HERE.



EXHIBIT
C



MENU

---

ADVERTISING



**Learn More About the SHRM Executive Network**

SHRM Executive Network · Sponsored

Learn M

---

On Jan. 12, Local News 8 received an email from a group of 10 Idaho Falls homeowners who say they are owed money by Re-Lived Construction.

The homeowners on up to the Idaho Attorney General were unable to get in touch with the company's owner and contractor, Brandon Cook.

Even though they were unable to contact Cook, Local News 8 was.

ADVERTISEMENT

Join the conversation

" **Have your say.**

Leave a comment below and let us know



MENU

Read the Comments

Not only does he admit that his business spiraled out of control, but he says he wants to pay everyone back.

Magneto Hero Pack

Game Available Friday 11/8

LEARN MORE

"I'm completely sorry," Brandon Cook told Local News 8 while holding back tears.

"I can't sit here and say, 'you know, be patient...' Even though that's you know, basically that's what I'm asking for... this was never the outcome that I wanted."

Brandon Cook's story begins with his time as a dedicated professional, working 12 to 14 hour days as an RV technician; eventually, he was ready to start his own business so he could spend more time with his family.



"I started my own thing, and I called it B&B Customs Painting," said Cook.

"...I didn't do a lot of advertising except for on Facebook...basically customers that would contact me was because they were referred to me...from another customer that I had done work for."

3



MENU

But unlike his first business, Re-Lived Construction was never registered as a contractor with the Idaho Division of Occupational and Professional Licenses.

When we asked Cook why he never registered his company, he said, "I filed the documents that the Secretary of State or the contractors board lady emailed me. I turned those in for that information into them and then I never got anything back."

From there he hired his youngest brother and a friend.

He told Local News 8 they were doing well for a while, but then things took a turn for the worse.

"On February 15, 2020, I was in a snowmobile snowmobile wreck in Preston," Cook told Local News 8.



**Brandon's wreck was covered by the Idaho State Journal in February, 2020**

"Doctors told me if it wasn't for me riding or wearing a protective vest, that I probably wouldn't have survived just because I had cracked a vertebrae in my back. I shattered

For more information on Cook's accident, click HERE.

For the next three years Cook says he tried to work with his injury.



**Brandon Cook shows Local News 8 his injury**

The problem worsened when his brother and his other employee went to work for a different contractor.

Cook told us that was the point where he became unable to keep up with the work, and started using deposits from previous jobs to finish other jobs.

"My biggest thing was we were trying to bid jobs to be competitive," said Cook.

"...It was costing us more on jobs than what we originally estimated. And trying to cover those was basically using a deposit from our next customer."

That's when he says the civil lawsuits began.

Afterwards, he says his accounts were closed, and he no longer had the money to pay people back.

Holding back tears, he gave us this apology.

"We've listed the house," Cook told Local News 8. "We just had a showing on Saturday, and my agents told to get back with us today, so hopefully we can get an offer.

"...From there, it's basically once we get an offer, it's basically from there it's like 30 days and we can close and give people their money... and I can I can move on."



MENU

They provided us with financial documents, showing Cook took more than $200,000 for a large renovation project, but never showed up.

Local News 8 called Cook again to ask him about the money.

He told us he never received the funds due to an issue with an online transfer.



However, according to the documents provided by the non-profit, not only did he receive the funds, most of it was paid in a check.



Coming up tomorrow, Local News 8 sits down with the Bonneville County Prosecutor to highlight the hoops and confusion consumers have to go through when seeking to get legal action.

Watch the full story Friday on Local News 8 at 6 p.m.

**Article Topic Follows: Idaho Falls**    [ FOLLOW ]    20 Followers



MENU

 **Seth Ratliff**

Seth is a reporter for Local News 8.






MENU



EEO Report | Terms of Use | Privacy Policy | Community Guidelines | About Us | KIFI-TV FCC Public File | FCC Applications | Do Not Sell My Personal Information

**SUBSCRIBE TO OUR EMAIL NEWSLETTERS**

Daily News Update
Breaking News Alert
Daily Weather Forecast
Severe Weather Alert
Contests and Promotions

**DOWNLOAD OUR APPS**

Available for iOS and Android




© 2024, NPG of Idaho, Inc. Idaho Falls, ID USA

**Michael B. Wilkerson**
5435 Pahala Drive
Idaho Falls, Idaho 83404
Telephone: (307) 689-8145

August 7, 2023

## US Postal Record of Mailing by US Postal Certificate of Mailing

Brandon Cook d/b/a Re-Lived Construction
1454 N 1180 E
Shelley, Idaho 53275

RE:   Fraud against Mike & Charlotte Wilkerson

Brandon Cook:

This letter is your final ten day notice to inform you that we will file a legal action against you within days if you do not pay to us the amount of Twelve Thousand Four Hundred Ninety Seven and 93/100 Dollars ($12,497.93).

This demand is made because of your intended fraud against us by your fraudulent representations made last year in August when we were seeking services for some work at our home and you falsely represented that you would buy materials for our home and do the work we sought, and by making these false representations you obtained form us an initial payment to you of the amount of $11,179.48, said payment made to you on or about August 16, 2023.

You thereafter never made any effort to acquire the materials or do any of the work and in our past communications you admitted the same and said that you were unable to do the work and actually never intended to do what you represented and said that you would return our money. You have of course made no effort to correct your lies and return the money you extorted from us.

The amount demanded at this time is the $11,179,48 paid by us to you plus the amount of $1,308.45 in interest on the money for 356 days at the rate of 12% as legally set by Idaho law, this total amount is past due and payable with interest accruing daily at the legal rate.

If this demanded amount is not paid immediately I will file a suit to recover not only the principal amount you have taken by lies and fraud plus legal interest, but I will also collect from you all costs of the court, service fees, attorney fees, and further seek recovery of multiples of the amount of $12,497.93 for fraud and punitive damages which will lead to a recovery against you of many tens of thousands of dollars.

You have by your actions made a claim of fraud and punitive damages very real.

Very seriously,

Michael Wilkerson

MBW:sf
copy to file

EXHIBIT
D

1



**IDAHO FALLS**
605 4TH ST
IDAHO FALLS, ID 83401-9998
(800)275-8777

08/07/2023                          03:21 PM
------------------------------------------
Product            Qty   Unit      Price
                         Price
------------------------------------------
First-Class Mail®    1             $0.66
Letter
   Shelley, ID 83274
   Weight: 0 lb 0.30 oz
   Estimated Delivery Date
      Wed 08/09/2023
   Cert of Mailing              $1.95
Total                          $2.61
------------------------------------------
Grand Total:                   $2.61
------------------------------------------
Cash                           $3.00
Change                         -$0.39
------------------------------------------

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
     Associate can show you how.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
  https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

   Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device,



    or call 1-800-410-7420.
------------------------------------------

UFN: 154500-0891
Receipt #: 840-59900076-2-3929958-2
Clerk: 03



2